No. 00–551. RUSSELL v. AMERICAN AIRLINES, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–571. HUCKABY ET AL. v. PENNSYLVANIA GENERAL INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 00–576. NORFOLK SHIPBUILDING & DRYDOCK CORP. v. FAULK ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–586. WARE ET AL. v. HOUSING AUTHORITY OF THE KIOWA TRIBE OF OKLAHOMA ET AL. Sup. Ct. Okla. Certiorari denied.

No. 00–592. BENCI-WOODWARD ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 00–594. WAYMIRE v. NORFOLK & WESTERN RAILWAY CO. C. A. 7th Cir. Certiorari denied.

No. 00–595. MAIER, MCILNAY & KERKMAN, LTD. v. BODENSTEIN, UNITED STATES TRUSTEE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–643. GREEN ET AL. v. CITY OF PLANO ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–742. D'ELEGANCE MANAGEMENT LTD., INC. v. UNITED STATES FOR THE USE AND BENEFIT OF S & D LAND CLEARING ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–747. ALSAEED v. THORPE. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 00–749. ALFAIR DEVELOPMENT CO., INC., ET AL. v. CITY OF JACKSONVILLE ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–755. SAN FRANCISCO BASEBALL ASSOCIATES L. P., DBA SAN FRANCISCO GIANTS, ET AL. v. RAVELO MONEGRO ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–761. INDIANAPOLIS BAPTIST TEMPLE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.